IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00678-BNB

DAVID J. SMITH,

    Plaintiff,

v.

KIMBERLY MARKELL (D.P.D.), and
BENNY ALOIA (D.P.D.),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 16 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, David J. Smith, currently is incarcerated at the Pueblo County, Colorado, detention facility. He initiated this action by submitting to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on April 3, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Smith to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The April 3, 2008, order pointed out that Mr. Smith failed to submit a certified copy of his trust fund account statement for the six-month period immediately proceeding this filing. The order also pointed out that he failed to submit on the proper, Court-approved forms a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The order warned Mr. Smith that if he

failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

On April 17, 2008, Mr. Smith submitted on the proper, Court-approved forms an amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with an uncertified copy of his trust fund account statement and an amended Prisoner Complaint. However, he has failed within the time allowed to submit a properly certified copy of his trust fund account statement from the Pueblo County Detention Facility.

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The April 3, 2008, order and the Court's form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. By failing to submit a copy of his trust fund account statement certified by the appropriate prison official at the Pueblo County Detention Facility, Mr. Smith has failed to cure all the deficiencies listed in the April 3 order within the time allowed. The amended complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed. Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied.

DATED at Denver, Colorado, this 15 day of May, 2008.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00678-BNB

David J. Smith-El
Prisoner No. 241301
CMHIP - F4
1600 W. 24th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/16/08

                                   GREGORY C. LANGHAM, CLERK

                                   By: _____
                                                  Deputy Clerk